**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**

| | |
|---|---|
| **IN RE:**<br>Robert J. Hay<br>Shanda E. Hay<br>545 Morris Stevens Rd<br>Macon, GA  31217 | **CHAPTER 13**<br><br>**Case Number:** 10-51584-AEC<br><br>**ATTORNEY:**  David Judah Attorney at Law LLC |

**TRANSMITTAL OF UNCLAIMED FUNDS**

Now comes the Chapter 13 trustee and transmits to Kyle George, Clerk of the United States Bankruptcy Court, the sum of $981.40 in unclaimed funds on behalf of the below-referenced debtors.  The last known addresses  for the debtors are as follows:

Robert J. Hay
Shanda E. Hay
545 Morris Stevens Rd
Macon, GA  31217

**DATED:** August 21, 2014

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Camille Hope
　　　　　　　　　　　　　　　　　　　　　　　**Camille Hope, Trustee**
　　　　　　　　　　　　　　　　　　　　　　　**P.O. Box 954**
　　　　　　　　　　　　　　　　　　　　　　　**Macon, GA 31202**
　　　　　　　　　　　　　　　　　　　　　　　**(478) 742-8706**